# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| NICOLE CHRISTINE FOLLOWILL,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 71459<br><br>**FILED**<br><br>JAN 19 2017<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Ninth Judicial District Court, Douglas County; Thomas W. Gregory, Judge.

No decision, oral or written, had been made on the petition when appellant filed her appeal on October 5, 2016. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.          _____, J.
Gibbons                              Pickering

cc: Hon. Thomas W. Gregory, District Judge
    Adam T. Spicer
    Nicole Christine Followill
    Attorney General/Carson City
    Douglas County District Attorney/Minden
    Douglas County Clerk

17-02061